HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:22-CR-00173-1-DAD |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| vs. | ) **APPOINTING COUNSEL** |
| PAUL CORONA, | ) |
| Defendant. | ) |

Defendant, Paul Corona, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release that began on January 14, 2022.  Mr. Corona was instructed by his Supervising Probation Officer to contact our office for the purpose of seeking early termination of his supervised release term.

Mr. Corona submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed to assist Mr. Corona with terminating his supervised release.

DATED:  July 26, 2023                                        /s/ Eric V Kersten
                                                                               ERIC V. KERSTEN
                                                                               Assistant Federal Defender
                                                                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **July 28, 2023**                    /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE