HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PAUL CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00173-ADA-1 |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| PAUL CORONA, | Hon. Ana de Alba |
| Defendant. | |

    Paul Corona hereby moves this Court for an order terminating his term of supervised release at this time. Undersigned counsel has conferred with Mr. Corona's assigned United States Probation Officer, Laura Del Villar, as well as with counsel for the government, Assistant United States Attorney Kimberly Sanchez, and neither probation nor the government is opposed to this request.

    Title 18, United States Code, Section 3583(e) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c) [1], provided the Court is

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3583(e)); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

On September 6, 2017, United States District Judge Claude M. Hilton of the Eastern District of Virginia sentenced Mr. Corona to 60 months of imprisonment and 5 years of supervised release following his guilty plea to one count of conspiracy to distribute heroin. *See* ECF #3 at 9.  Mr. Corona was granted location monitoring pursuant to the CARES Act on September 2020, and he began his term of supervised release on January 14, 2022.  At the time of filing, Mr. Corona has been on supervised release for 20 months, and he has been in the community for more than three years. During that time, Mr. Corona, who is 63 years old, has remained in compliance with all terms and conditions and has not incurred any violations of supervised release. At present, Mr. Corona is not receiving counseling or treatment services from probation. He has maintained a steady residence in Terra Bella, California, with his wife. Mr. Corona possesses a commercial driver's license and works as a truck driver.  Termination of supervision would allow him additional employment opportunities beyond the local driving he does currently.  When not working, Mr. Corona enjoys gardening, participating in a local classic car club, and spending time with his four adult sons and 13 grandchildren.  In short, Mr. Corona is living a positive, pro-social, and law-abiding life.

On August 23, 2023, undersigned defense counsel reached out to Mr. Corona's probation officer, Laura Del Villar, for her position on a request for early termination. Officer Del Villar responded that she would defer to the position of Adam Tunison, as she had only recently been assigned to Mr. Corona's case and Officer Tunison had supervised him for a longer period of time.  Officer Tunison responded the same day and indicated that he is "not opposed."  On September 27, 2023, Assistant United States Attorney Kimberly Sanchez indicated via email that she has "[n]o objection" to early termination.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Corona and is in the interests of justice.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 3, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
PAUL CORONA

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Paul Corona's term of supervised release.

IT IS SO ORDERED.

Dated:   October 5, 2023

UNITED STATES DISTRICT JUDGE